No. 82–5189.   CARMACK v. ILLINOIS.   App. Ct. Ill., 3d Dist.   Certiorari denied.

No. 82–5195.   IN RE MARSHALL.   Ct. App. D. C.   Certiorari denied.

No. 82–5198.   DILLENSCHNEIDER v. SAMUELSON, POSTMASTER, BROCKTON, MASSACHUSETTS.   C. A. 1st Cir. Certiorari denied.

No. 82–5199.   OLDEN v. NEW YORK.   App. Div., Sup. Ct. N. Y., 3d Jud. Dept.   Certiorari denied.

No. 82–5205.   UNDERWOOD v. LAGAN.   C. A. 6th Cir. Certiorari denied.

No. 82–5206.   GIDDEN v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 82–5208.   SCHAFER v. UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 82–5212.   CASTRANOVA v. UNITED STATES.   C. A. 1st Cir.   Certiorari denied.

No. 82–5219.   HUFF v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 82–5220.   HUNTER v. UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 82–5226.   KIRK v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 82–5227.   DICKERSON v. JOHNSON, ADMINISTRATOR, VETERANS ADMINISTRATION, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 82–5233.   GIFFORD v. UNITED STATES; and
No. 82–5254.   GIFFORD v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   Reported below: 679 F. 2d 902.